# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 21, 2023

**BY ECF**

Magistrate Judge on Duty
Southern District of New York
United States Courthouse
500 Pearl St.
New York, New York 10007

Application Granted

Valerie Figueredo, U.S.M.J.
DATED: 2-21-2023

Defendant's request is granted.

Re:  **United States v. Maria Margarita Martinez Moreta**
     **23 MJ 1257-UA-1**

Dear Magistrate Judge:

Maria Margarita Martinez Moreta, through undersigned counsel, moves for an extension of time to complete the terms of her pretrial release conditions. On February 15, 2023, Ms. Martinez Moreta appeared before Magistrate Judge Aaron on a Rule 5(c)(3) petition out of the Southern District of Florida. Following a contested bail hearing, Magistrate Judge Aaron ordered Ms. Martinez Moreta released on conditions that included a $10,000 unsecured bond, which was to be cosigned by two financially responsible persons. *See* Dkt. 4. Magistrate Judge Aaron gave Ms. Martinez Moreta one week – until February 22, 2023 – to comply with that condition.

At the conclusion of the bail hearing, the government moved for a 24-hour stay of Magistrate Judge Aaron's decision, so that it could appeal the decision to the District Judge in the Southern District of Florida. Magistrate Judge Aaron thus stayed his decision for 24 hours.

The next day, the government informed Magistrate Judge Aaron that it no longer intended to appeal his decision to the District Judge in the Southern District of Florida. In the interim,

however, the government had lodged an immigration detainer against Ms. Martinez Moreta. Therefore, instead of being released, Ms. Martinez Moreta was taken into ICE custody on February 16, 2023.

Undersigned counsel has only recently located Ms. Martinez Moreta at an immigration holding facility in Elizabeth, NJ. It is unclear what will happen to Ms. Martinez Moreta moving forward. Due to this uncertainty, Ms. Martinez Moreta's family has concerns about signing her $10,000 bond, as her immigration custody might prevent her from appearing in the Southern District of Florida for future court hearings, thereby jeopardizing her compliance with the terms of her release. Therefore, Ms. Martinez Moreta respectfully requests an extension of time to comply that condition of her release.

Accordingly, Ms. Martinez Moreta asks the Court to extend the deadline to comply with her unsecured bond condition as follows: **Defendant shall post a $10,000 unsecured bond, cosigned by two financially responsible persons, within one week of Defendant's release from immigration custody**.

Respectfully Submitted,

\_\_\_\_/s/_____

Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791